# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00773-CV

**Elizabeth Chapman, individually and d/b/a Lake Travis Marina, Appellant**

**v.**

**Sharon Peer, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. GN304323, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Elizabeth Chapman, individually and d/b/a Lake Travis Marina has filed a motion to dismiss this appeal. Appellant states that the parties have settled the underlying case and that appellee does not object to the dismissal. Therefore, we grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed: March 14, 2006